**SIRI SHETTY**
California State Bar No. 208812
110 West "C" Street #1810
San Diego, California 92101-5008
Telephone: (619) 602-8479
E-mail: attyshetty@yahoo.com

Attorney for Mr. Vega-Sendejas

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE MARILYN L. HUFF)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08CR0889-H |
| Plaintiff, | Date: May 12, 2008<br>Time: 2:00 p.m. |
| v. | |
| RAMIRO VEGA-SENDEJAS, | **NOTICE OF MOTIONS AND MOTIONS TO:** |
| Defendant. | **(1) COMPEL DISCOVERY;**<br>**(3) DISMISS INDICTMENT DUE TO MISINSTRUCTION OF THE GRAND JURY** |

TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY;
      CHRISTOPHER TENORIO, ASSISTANT UNITED STATES ATTORNEY:

**PLEASE TAKE NOTICE** that on May 12, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, the accused, Ramiro Vega-Sendejas, by and through his attorney, Siri Shetty, will ask this Court to enter an order granting the motions outlined below.

**MOTIONS**

Defendant, Mr. Vega-Sendejas, by and through his attorney, Siri Shetty, pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

(1) Compel discovery;
(3) Dismiss indictment due to misinstruction of the grand jury;

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at or before the time of the hearing on these motions.

Respectfully submitted,

Dated: April 28, 2008

*/s/ Siri Shetty*
**SIRI SHETTY**
Attorney for Mr. Vega-Sendejas
Email: attyshetty@yahoo.com