**SIRI SHETTY**
Law Office of Siri Shetty
California State Bar Number 208812
110 West "C" Street
San Diego, California 92101-5008
Telephone: (619) 602-8479

Attorneys for Defendant Vega-Sendejas

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE MARILYN L. HUFF)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08CR0889-H |
| Plaintiff, ) | JOINT MOTION TO CONTINUE MOTION HEARING DATE |
| v. ) | |
| RAMIRO VEGA-SENDEJAS, ) | |
| Defendant. ) | |

**IT IS HEREBY STIPULATED** by and between the parties that the motion hearing in this matter presently scheduled before the Honorable Marilyn L. Huff for May 12, 2008 at 2:00 p.m., be continued to July 7, 2008, at 2:00 p.m. for motion hearing.

The joint continuance is requested because of the parties are attempting to negotiate a disposition, and there are ongoing discovery issues.

The parties further stipulate and agree that there is good cause for the continuance and the time between May 12, 2008 and July 7, 2008 is excludable under the Speedy Trial Act because motions are pending.

**SO STIPULATED**.

Dated: 5/7/08         s/ Siri Shetty
                      SIRI SHETTY
                      Attorney for Defendant Vega-Sendejas
                      Email: attyshetty@yahoo.com

```
 1
           5/7/08                    s/ Christopher Tenorio
 2  Dated: _____         _____
                                     CHRISTOPHER TENORIO
 3                                   Assistant United States Attorney
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```