UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  08cr0889-H |
| Plaintiff, ) | |
| v. ) | CERTIFICATE OF SERVICE |
| RAMIRO VEGA-SENDEJAS ) | |
| Defendant. ) | |

IT IS HEREBY CERTIFIED THAT:

I, Siri Shetty, am a citizen of the United States and am at least eighteen years of age. My business address is 110 West C Street, Suite 1810, San Diego, California 92101.

I have caused service of **JOINT MOTION TO CONTINUE MOTION HEARING**. The following recipients are currently on the list to receive e-mail notices for this case and have thus been served electronically at the following email addresses:

Christopher Tenorio    Christopher.Tenorio@usdoj.gov, efile.dkt.gc1@usdoj.gov,

I declare that the foregoing is true and correct.

Executed on: May 7, 2008                                                                 *s/Siri Shetty*

Attorney for Defendant

Email: attyshetty@yahoo.com
