# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08-CR-0889-H |
| Plaintiff, ) | |
| v. ) | **ORDER CONTINUING MOTION HEARING** |
| RAMIRO VEGA-SENDEJAS, ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED** that the motion hearing set for May 12, 2008 at 2:00 p.m. be rescheduled to **July 7, 2008, at 2:00 p.m.** The defendant is currently in custody, and the Court finds that time is excludable under the Speedy Trial Act..

**IT IS SO ORDER7ED**.

DATED:   MAY 8, 2008

HONORABLE MARILYN L. HUFF
United States District Judge